No. 509. PURCELL *v.* NEW YORK CENTRAL R. Co. Jurisdictional statement submitted November 2, 1935. Decided November 11, 1935. *Per Curiam:* The motion for leave to file statement as to jurisdiction is granted. The appeal herein is dismissed for the want of a properly presented

federal question. *Home for Incurables* v. *City of New York*, 187 U. S. 155, 158; *Henkel* v. *Cincinnati*, 177 U. S. 170; *Seaboard Air Line Ry.* v. *Duvall*, 225 U. S. 477, 481; *Fullerton* v. *Texas*, 196 U. S. 192, 193–194; *Connecticut General Life Ins. Co.* v. *Johnson, ante*, p. 535. The petition for a writ of certiorari is denied. *Messrs. T. J. Johnston* and *Irving I. Goldsmith* for appellant. *Mr. Charles E. Nichols* for appellee.